FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 JUL 10 PM 3:40

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| JEROME WILSON BLACK, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV412-056 |
| DISTRICT ATTORNEY DAVID SNEED, | ) |
| Defendant. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _10_ day of _July_, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA