UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JEROME WILSON BLACK, JR., )
　　　　　　　　　　　　　　)
　　Plaintiff, )
　　　　　　　　　　　　　　)
v. ) Case No. CV412-056
　　　　　　　　　　　　　　)
DISTRICT ATTORNEY DAVID )
SNEED, )
　　　　　　　　　　　　　　)
　　Defendant. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 10 day of July, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA